```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)     4:07CR3001
    v. )
)
TERRY L. BALDWIN, )
)     ORDER
        Defendant. )
)

IT IS ORDERED:

Plaintiff's sealed motion, filing 20, for limited disclosure to defense counsel of the search warrant, application for search warrant, and search warrant return is granted.

DATED this 12th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge