IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | ) |
| | )   4:07CR3001 |
| v. | )<br>) |
| TERRY L. BALDWIN, | )<br>) |
| | )   ORDER |
| Defendant. | )<br>) |

IT IS ORDERED:

1. The motion of John C. Vanderslice and the Federal public Defender's Office to withdraw as counsel for the defendant, filing 31, is granted.

2. The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3. The new attorney shall enter an appearance promptly upon appointment.

4. The November 1, 2007 plea hearing is continued until further order.

DATED this 22nd day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge