```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3001 |
| v. | ) | |
| | ) | |
| TERRY L. BALDWIN, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

The court has been advised by defendant's counsel that he does not oppose plaintiff's motions, filings 33 and 34.

IT THEREFORE HEREBY IS ORDERED:

1.  Plaintiff's motion for status conference, filing 33, is granted and a status conference with counsel is set for December 3, 2007 at 2:00 p.m. in the chambers of the undersigned. Defendant need not be present.

2.  Plaintiff's motion to exclude speedy trial time, filing 34, is granted and the court finds that the ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between October 22, 2007 and December 3, 2007 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 21st day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge