IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TERRY L. BALDWIN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The Clerk of Court shall file Mr. Baldwin's "motion to dismiss current counsel and appoint new counsel" in the court file with restricted access to counsel of record.

(2) Treated as a motion, it is denied.

(3) The Clerk of Court shall provide a copy of this order to the defendant at his last known address. The Clerk shall also provide a copy of this order and the defendant's letter to counsel of record.

January 7, 2008.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge