IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TERRY L. BALDWIN, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has sent me a letter. It is hard to read. Nonetheless, I think he seeks to withdraw his guilty plea. Accordingly,

IT IS ORDERED that:

(1) The Clerk shall file the letter and docket it as a motion to withdraw defendant's guilty plea and for miscellaneous relief.

(2) Copies of the letter (motion) shall be provided to counsel of record.

(3) A hearing on the motion shall be held on Friday, May 30, 2008, at 12:00 noon, where counsel and the defendant shall be present.

May 19, 2008.                             BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge