UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3001 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| TERRY BALDWIN, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 1st day of July, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On April 1, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2251(a), 2252(a)(4)(B) and 2253 based upon the Defendant's plea of guilty to Counts I, IV and V of the Superseding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the miscellaneous computer and camera equipment, was forfeited to the United States.

2. On April 24, May 1 and 8, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on June 6, 2008 (Filing No. 67).

3.  The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the miscellaneous computer and camera equipment, held by any person or entity, is hereby forever barred and foreclosed.

C.  The miscellaneous computer and camera equipment, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Marshals Service for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 1st day of July, 2008.

BY THE COURT:

s/ *RICHARD G. KOPF*, JUDGE
United States District Court