IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3001 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRY L. BALDWIN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Terry L. Baldwin (Baldwin) has filed a motion in which he asserts that the appellate process has been completed and he now requests the return of a family photo album and related materials. Noting that I have just denied Baldwin's 2255 motion, I will require the government to respond to Baldwin's request for return of property.

IT IS ORDERED that the United States shall respond to Baldwin's motion for return of property (filing 129) no later than the close of business on March 16, 2010. My chambers shall bring this matter to my attention on March 17, 2010.

DATED this 1st day of March, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge