IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | | 4:07CR3001 |
| ) | | |
| V. ) | | |
| ) | | |
| TERRY L. BALDWIN, ) | | ORDER |
| ) | | |
| Defendant. ) | | |
| ) | | |

After considering the defendant's motion for return of property, and the government's response,

IT IS ORDERED that the defendant's motion (filing 129) is granted in part and denied in part. The government shall return the property more specifically described in its response (filing 133) to Lowell and Carol Baldwin. Otherwise, the defendant's motion is denied.

DATED this 16th day of March, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge