IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3001 |
| | ) | |
| V. | ) | |
| | ) | |
| TERRY L. BALDWIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that the defendant's motion to compel (filing 139) is denied.

   DATED this 26th day of April, 2010.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge