IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:07CR3001 |
| V. | ) | |
| TERRY L. BALDWIN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for reconsideration (filing no. 180) is denied.

DATED this 21st day of March, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge