IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:07CR3001 |
| v. | ) | **MEMORANDUM AND ORDER** |
| TERRY L. BALDWIN, | ) | |
| Defendant. | ) | |

The defendant has filed a notice of appeal (Filing 182) from the court's order (Filing 181) denying the defendant's motion (Filing 180) for reconsideration. Pursuant to Fed. R. App. P. 24(a), the court finds that the defendant may not appeal in forma pauperis because such appeal is not taken in good faith.

IT IS SO ORDERED.

DATED this 11th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge