IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3001 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TERRY L. BALDWIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     IT IS ORDERED that Defendant's Motion for Review of Sentence (Filing 189) is denied.

     DATED this 3rd day of August, 2016.

                                BY THE COURT:

                                s/ *Richard G. Kopf*
                                Senior United States District Judge