IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3001 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRY L. BALDWIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1)    Mr. Baldwin's motion for free copies (filing no. 194) is denied.

(2)    Mr. Baldwin is ordered to **prepay** to the Clerk of the Court the amount of $14.00 for a copy of the transcript of the withdrawal of guilty plea proceedings held on May 30, 2008, and sentencing proceedings held on June 27, 2008 (filing no. 108).  Upon receipt of Mr. Baldwin's prepayment of said transcript, the Clerk of the Court shall mail a copy of the transcript to Mr. Baldwin.

(3)    Mr. Baldwin also requested a copy of a transcript for the hearing held on January 9, 2008, before Magistrate Judge David L. Piester (filing no. 43).  Said hearing transcript has not yet been prepared.  Mr. Baldwin is ordered to prepay for a copy of this transcript.  Therefore, a transcript of filing no. 43 will not be prepared until Mr. Baldwin advises the undersigned that he will prepay for it.  If he so notifies the undersigned, the Clerk of the Court shall prepare the transcript and notify Mr. Baldwin of the amount due from him.  Upon receipt of Mr. Baldwin's prepayment, the Clerk of the Court shall mail a copy of said transcript to Mr. Baldwin.

(4)    A copy of this order shall be mailed to Mr. Baldwin.

DATED this 26th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge