IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:07CR3001 |
| v. | ) | |
| TERRY L. BALDWIN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for reconsideration (filing no. 207) is denied.

DATED this 7th day of June, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge