IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:07CR3001 |
| | ) | (related cases 4:10cv03033; 4:14cv03244) |
| V. | ) | |
| | ) | |
| TERRY L. BALDWIN, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Mr. Baldwin desires to appeal my order (filing no. 208) summarily denying his motion (filing no. 207) to reconsider. The Clerk inquires whether he may proceed in forma pauperis. He may not.

The order that he purports to appeal denies Mr. Baldwin's effort to circumvent numerous decisions by the Court of Appeal and me denying Mr. Baldwin relief from the 300 month criminal sentence he received as a part of a plea bargain. In particular, he now attempts again to circumvent the decisions of the Court of Appeals that either have denied him authorization to file a successive § 2255 motion (e.g., filing no. 202; filing no. 200; filing no. 178; filing no. 157) or have denied his petition for writ of mandamus (filing no. 171). This latest attempt is frivolous. Accordingly, in response to the Clerk's notice (filing no. 210), and pursuant to 28 U.S.C. § 1915 and Federal Rule of Appellate Procedure 24,

IT IS ORDERED that:

1.  The undersigned certifies that the appeal is not taken in good faith and Mr. Baldwin is not otherwise entitled to proceed in forma pauperis. Accordingly, the Clerk shall not process the appeal unless directed to do

so by the Court of Appeals or unless Mr. Baldwin pays the appellate filing fee.

2. The Clerk shall provide the Clerk of the United States Court of Appeals with a copy of this Order.

3. The Clerk shall term filing no. 210.

4. The Clerk shall mail a copy of this Order to Mr. Baldwin.

DATED this 19th day of June, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge