IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | Case No. 4:07CR3001 |
| vs. | |
| TERRY L. BALDWIN | Order |
| Defendant. | |

Before the Court is a request for transcript, filing [217], of the hearing held on January 9, 2008, filing [43].

IT IS ORDERED:

1. The request for transcript, filing [217] is granted.

2. Terry L. Baldwin is ordered to pay to the Clerk the amount of $40.15. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $40.15, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on January 9, 2008. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

DATED: September 25, 2018

BY THE COURT:

*s/ Richard G. Kopf*
Senior United States District Judge