IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TERRY L. BALDWIN,<br><br>　　　　　　Defendant. | 4:07CR3001<br><br>**ORDER** |

　　The defendant has filed an additional motion for compassionate release, filing 242. I require the assistance of the government before I can rule on the motion, therefore,

　　IT IS ORDERED that the government shall respond to filing 242 the motion for compassionate release no later than August 26, 2022. No further pleadings shall be submitted by the defendant unless I so order.

　　Dated this 6th day of July, 2022.　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge