IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TERRY L. BALDWIN,<br><br>        Defendant. | 4:07CR3001<br><br>**MEMORANDUM<br>AND ORDER** |

      About a year ago, I denied Baldwin's motion for compassionate release. (Filing 241; Filing 229.) I apply those same principles here to the renewed motion for compassionate release. (Filing 242.)

      Simply put, Baldwin is a child predator regarding his own children according to the state courts and this court and bears concurrent punishment for those horrors. He was sentenced by this court to serve 300 months in prison. (Filing 76.) In addition, Baldwin was sentenced to 25-50 concurrent years in prison by the judge in Lincoln County, Nebraska.

      There is no good reason to regurgitate my previous opinion. Although things *may* have slightly changed, I arrive at precisely the same conclusion, to wit: denial, assuming every objective fact that Baldwin asserts is true. That, of course, does not mean I adopt spurious assertions or conclusions.

      IT IS ORDERED that the restricted motion for compassionate release (Filing 242) is denied. The motion to restrict by the government is granted. (Filing 244).

DATED this 23rd day of August, 2022.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge