IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:07-CR-3001 |
| vs. | |
| TERRY L. BALDWIN, | ORDER |
| Defendant. | |

The defendant has filed a motion to appoint counsel (filing 248) to pursue a claim that the presentence report in this case incorrectly calculated his criminal history points. He has raised this claim before, repeatedly. *E.g.* filing 180 at 11; filing 221. The Court has denied his claim each time. *See* filing 181; filing 223 (citing filing 222). It continues to lack merit, so there is no basis to appoint counsel to pursue it. Accordingly,

IT IS ORDERED that the defendant's motion to appoint counsel (filing 248) is denied.

Dated this 28th day of December, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge