IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:07-CR-3001 |
| vs. | |
| TERRY L. BALDWIN, | ORDER |
| Defendant. | |

For the reasons stated in the Court's Order of November 12, 2025 (filing 265),

IT IS ORDERED that the defendant's motion to reduce sentence (filing 266) is denied, and no certificate of appealability will issue in this case.

Dated this 9th day of January, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge